RICHARD D. GRONNA #5391
Attorney at Law
841 Bishop Street, Suite 2201
Honolulu, Hawai'i 96813
Telephone (808) 523-2441
Facsimile (808) 566-0347
E-mail: rgronna@hawaii-personal-injury.com

Attorneys for Defendant
JESSE MINOAKA KANESHIRO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 16-00516-01 SOM |
|---|---|
| Plaintiff, | ) FIFTH STIPULATION AND ORDER<br>) CONTINUING SENTENCING HEARING |
| Vs. | ) |
| JESSE MINOAKA KANESHIRO (01), | ) Old Date: August 20, 2018<br>) New Date: November 13, 2018<br>) Judge: Hon. Susan Oki Mollway |
| Defendant. | ) |

FIFTH STIPULATION AND ORDER CONTINUING SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the Sentencing Hearing presently scheduled for August 20, 2018 at 3:00 p.m., be continued to November 13, 2018 at 2:15 p.m. before the Honorable Susan Oki Mollway.

The reason for the continuance is that the parties are still attempting to ascertain information that could affect the length of defendant's sentence. Defendant will also be testifying at trial in USA vs. Robles-Ramos et al, case number 1:18-cr-00043-LEK.

Based on the foregoing, the court finds that a continuation of the Defendant's Sentencing Hearing is in the best interest of justice. The Court has informed the parties that they should plan to proceed to sentencing on the new date.

DATED: Honolulu, Hawaii  August 10, 2018.

        KENJI PRICE
        United States Attorney
        District of Hawaii

By  /s/ Mark Inciong
    MARK INCIONG, ESQ.
    Assistant U.S. Attorney

    /s/ Richard D. Gronna
    RICHARD D. GRONNA, ESQ.
    Attorney for Defendant
    JESSE MINOAKA KANESHIRO

APPROVED AND SO ORDERED: /s/ Susan Oki Mollway

DATED: Honolulu, Hawaii  8/10/2018

USA vs. JESSE MINOAKA KANESHIRO; Cr. No. 16-00516-01 SOM
Fifth Stipulation and Order Continuing Sentencing Hearing

- 2 -